NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000419**
**11-JUL-2018**
**02:09 PM**

NO. CAAP-18-0000419

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NATIONSTAR MORTGAGE, LLC.,
Plaintiff-Appellee,
v.
GUIA FERRER-GUERRERO,
Defendant-Appellant,
and
PARRISH PERFECTO GUERRERO; NAVY FEDERAL CREDIT UNION;
and EWA BY GENTRY COMMUNITY ASSOCIATION
Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10;
and DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1061-04 (KKH))

ORDER GRANTING THE JUNE 27, 2018 MOTION TO WITHDRAW APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Notice of Withdrawal of Appeal, Filed May 17, 2018," which we construe as a motion to withdraw the appeal, filed by Defendant-Appellant Guia Ferrer-Guerrero, NKA Guia Ferrer (**Appellant**), on June 27, 2018, the papers in support, and the record, it appears that Appellant wishes to withdraw the appeal.

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

IT IS HEREBY FURTHER ORDERED that all pending motions are dismissed as moot.

DATED: Honolulu, Hawai'i, July 11, 2018.

Chief Judge

Associate Judge

Associate Judge